**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00854-CR

**DETRA PHILLIPS WEBSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-60721-Q**

## ORDER

Appellant's June 26, 2014 motion to extend the time to file appellant's reply brief is **GRANTED**. The time to file appellant's reply brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE